## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robert J. Scrivani, III<br>         Debtor | Chapter 13 Proceeding<br><br>17-17134 AMC |
| WELLS FARGO BANK, N.A.<br>         Movant<br>v.<br>Robert J. Scrivani, III<br>William C. Miller, Esquire<br>         Respondents | |

**STIPULATION IN SETTLEMENT OF DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY BETWEEN DEBTOR AND WELLS FARGO BANK, N.A.**

Secured creditor WELLS FARGO BANK, N.A. and Debtor hereby stipulate the following in settlement of Debtor's Motion to Approve Sale of Real Property:

1. Movant's mortgage lien will be paid in full from the proceeds of the Sale of the property located at 2526 Emery Street, Philadelphia, PA 19125 at the time of closing; and any Payoff Figure used at the time of closing must be dated no longer than thirty (30) Days prior to the closing date.

2. Any Sale for less than the full payoff of Movant's lien shall be subject to final approval by WELLS FARGO BANK, N.A.

3. The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

_____   Date: 1/28/20
Brad J. Sadek, Esquire
Attorney for Debtor

/s/ Jill Manuel-Coughlin, Esquire   Date: 1/28/2020
Jill Manuel-Coughlin, Esquire
Attorney for Movant

_____   Date: _____
William C. Miller, Esquire
Trustee


   On this ___ day of _____, 2020, approved by the Court.


               _____
               United States Bankruptcy Judge
               Ashely M. Chan