# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Robert J. Scrivani, III**                                                         Case No.   **17-17134**
                                                    Debtor(s)                              Chapter    **13**

## Notice of Change of Address

Debtor's Social Security Number:        **xxx-xx-1973**

**My (Our) Former Mailing Address was:**

Name:                **Robert J. Scrivani, III**

Street:              **2526 Emery Street**

City, State and Zip: **Philadelphia, PA 19125**

**Please be advised that my (our) new mailing address is:**

Name:                **Robert J. Scrivani, III**

                     **2517 Dunksferry Road**

Street:              **Apt C209**

City, State and Zip: **Bensalem, PA 19020**

                                                    **/s/ Robert J. Scrivani, III**
                                                    **Robert J. Scrivani, III**
                                                    Debtor