Certificate Number: 03088-PAE-DE-034369507

Bankruptcy Case Number: 17-17134



03088-PAE-DE-034369507

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 21, 2020, at 10:38 o'clock PM CDT, robert J scrivani III completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 21, 2020          By:  /s/Doug Tonne

                               Name:  Doug Tonne

                               Title:  Counselor